Case 1:21-cv-00039-JPB-JPM   Document 17   Filed 10/07/21   Page 1 of 1   PageID #: 67

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 
Benjamin Joseph Crisantos 13665-030
BIG SANDY - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2068
INEZ, KY 41224
1:21cv39 Doc #15

9590 9402 5550 9249 2854 55

2. Article Number (Transfer from service label)
7018 1130 0000 3798 2169

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. M.
☐ Agent
☐ Addressee

B. Received by (Printed Name): M. Moore
C. Date of Delivery: 10-1-21

D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED
OCT 07 2021
U.S. DISTRICT COURT
ELKINS WV 26241

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt