| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)   C. Date of Delivery |

1. Article Addressed to:

OCT 04 2021

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue. NW
Washington. DC  20530
1:21cv39 Doc #15/16

9590 9402 5550 9249 2854 48

2. Article Number (Transfer from service label)

7018 1130 0000 3798 2183

D. Is delivery address different from item 1?  ☐ Yes
   delivery address below:  ☐ No

FILED

OCT 1 2 2021

U.S. DISTRICT COURT
ELKINS WV

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt