FILED

MAR 11 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Office of The Clerk
United States District Court
Northern District of West Virginia
Clarksburg Division
500 West Pike Street ("Room-301")
Clarksburg, West Virginia 26302-2857

RE: <u>Crisantos V. Sims et.al</u>
<u>Case No. 1:21-CV-00039-JPB</u>

Dear Clerk,

  I apologize for the unnecessary delay in complying with the court's order to amend, however, there was circumstances beyong my control as a prisoner, who is under a hostile regime, as the institution I am housed at, has a practice and custom, that is not aligned with the Supreme Court or Fourth Circuit precedents on proper access to the courts, and manufactures security concerns or COVID-19 outbreaks to suite there notion of triggering civil case defaults.

  Inclosed is my amended version of the §1331 Bivens complaint, in which there is approximately ("7") copies of this complaint and ("6") copies of the Marshal 285 Service of Process forms done completed.

  I am asking the court to informally authorize the service of process by your office, because the ("BOP") staff at this facility frown upon, what they coach as employee harrassment, thereby placing this inmate plaintiff in jeorpardy of facing some disciplinary action, a catch-22, I ask the court to not force on me, that obligation, besides the fact, that I have not the funds

to effectuate such service.

Ive done everything humanly possible to comply with the court's order, but the ("BOP") thinks its above the law and should not face the same consequences as those they hold in their prisons.

Dated:

Respectfully Submitted

*Benjamin Crisantos*

Mr. Benjamin Joseph Crisantos
Registered No. #13665-030
United States Penitentiary
Big Sandy Complex
P.O. Box #2068
Inez, Kentucky 41224

3/9/22
DATE

C.C. Filed: 7020 3160 0002 1412 4924