Mr. Benjamin Joseph Crisantos ("Inmate")
Registered Number #13665-030
United States Penitentiary
Big Sandy Complex
P.O. Box #2068
Inez, Kentucky 41224

7020 3160 0002 1412 4924

JRT 13665-030
U S District Court
500 west pike Street, Room 301
Clarksburg, WV 26302
United States

U.S. POSTAGE PAID
PM 2-Day
INEZ, KY
41224
MAR 10 22
AMOUNT
$0.00
R2305K140297-10

26302

"Legal Mail"
18 U.S.C. §§1702-1709 et. seq.

"Special Correspondence"
28 ("CFR") §543.18(c)

















