Attachment A

_— Second Amended Complaint —_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Benjamin J. Crisantos

_____

_Your full name_

v.

Robert Sims, Correctional Officer
Joshua Sines, Correctional Officer
Eric Howell, former Captain
Joe Coakely, former Warden

_Enter above the full name of defendant(s) in this action_

**FEDERAL CIVIL RIGHTS COMPLAINT (_BIVENS_ ACTION)**

Civil Action No.: 1:21cv00039-JPB-JPM
_(To be assigned by the Clerk of Court)_

"Jury Trial Demanded"

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).**  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Name of Plaintiff: Benjamin Crisantos Inmate No.: 13365-030
Address: United States Penitentiary – Big Sandy KY, PO Box 2068, Inez KY 41224

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

---

_United States District Court_          7          _Northern District of West Virginia-2013_



**Attachment A**

B.    Name of Defendant: *Robert Sims*
Position: *Correctional officer*
Place of Employment: *USP Hazelton, West Virginia*
Address: *1786 Deer Haven Road, Bruceton Mills, WV 26525*

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: *He was a federal Correctional officer before he was fired by the Federal Bureau Of Prisons*

B.1    Name of Defendant: *Joshua Sines*
Position: *Correctional officer*
Place of Employment: *USP Hazelton, West Virginia*
Address: *1786 Deer Haven Road, Bruceton Mills, WV 26525*

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: *He was a federal correctional officer, before he was fired by the Federal Bureau Of Prisons*

B.2    Name of Defendant: *Eric Howell*
Position: *former Captain of USP-Hazelton, WV*
Place of Employment: *FMC-Butner NC, PoBox 1600, Butner, NC 27509*
Address: *PO Box 1600, Butner, NC 27509*

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

⑤

<b>Attachment A</b>

If your answer is "YES," briefly explain: _He was the former Captain at USP Hazelton, West Virginia._

B.3    Name of Defendant: _Joe Cokely_
Position: _Warden (former)_
Place of Employment: _USP Hazelton, West Virginia_
Address: _1786 Deer Haven Road, Bruceton Mills, WV 26525._

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes          ☐ No

If your answer is "YES," briefly explain: _He was the former Warden of USP Hazelton, WV._

B.4    Name of Defendant: _Michael D. Carvajal_
Position: _former Federal Bureau of Prisons Director_
Place of Employment: _Federal Bureau of Prisons_
Address: _320 First Street NW, Room #936, HOLC Building Washington, DC 20534_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes          ☐ No

If your answer is "YES," briefly explain: _He was the former Director of the Federal Bureau of Prisons._

B.5    Name of Defendant: _John Gilley_
Position: _former Deputy Regional Director of Mid-Atlantic Regional Office_
Place of Employment: _USP McCreary, Kentucky,_
Address: _320 Federal Way, Pine Knot, KY 42635_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: _He was the former Deputy Regional Director of the Mid-Atlantic Regional Office_

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _USP Big Sandy, Kentucky_

A.    Is this where the events concerning your complaint took place?
☐ Yes      ☑ No

If you answered "NO," where did the events occur?
_at USP Hazelton, West Virginia_

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☑ Yes         ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes         ☐ No

D.    If your answer is "NO," explain why not: _____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _987206 – F1_____

LEVEL 2 _987206 – R1_____

LEVEL 3 _987206 – A1_____

IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?         ☐ Yes     ☒ No

*I have filed no other suits dealing with the same facts in this case*

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____N/A_____

Defendant(s):_____N/A_____

2.   Court: _____
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____N/A_____

4.   Basic Claim Made/Issues Raised:_N/A_____
     _____
     _____

5.   Name of Judge(s) to whom case was assigned:
     _____

6.   Disposition: ___N/A_____
     *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes          ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. *I filed a BP8 — was told to proceed to 8/29*

E.      Did you exhaust available administrative remedies?
☑ Yes          ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. *I successfully exhausted my administrative remedies on all claims in this lawsuit.*

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS" *I have NOT had any lawsuits filed that were dismissed as being (1) frivolous (2) malicious, or (3) for failure to state a claim*

1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2.  Name and location of court and case number:

    _____ N/A _____

3.  Grounds for dismissal:  ☑ frivolous  ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____ N/A _____

5.  Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: ____ (See attached Statement Of Claim) ____

_____

Supporting Facts: ____ (See Statement Of Claim) ____

---

*United States District Court*          13          *Northern District of West Virginia-2013*



**Attachment A**

CLAIM 2: _(See Statement Of Claim)_

Supporting Facts: _(See Statement Of Claim)_

CLAIM 3: _(See Statement Of Claim)_

Supporting Facts: _(See Statement Of Claim)_

CLAIM 4: _(See Statement Of Claim)_

Supporting Facts: _____

**Attachment A**

CLAIM 5: _(See Statement Of Claim)_

Supporting Facts: _(See Statement Of Claim)_

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. _(See Second Amended Complaint)_

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._ _(See Second Amended Complaint)_

---

_United States District Court_                    15                    _Northern District of West Virginia-2013_

 

**Attachment A**

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

$\chi^\alpha$ Executed at (USP) BIG SANDY / P.O Box 2068 on 10/24/22 (MONDAY).
(Location)                                              (Date)

INEZ, KY
41224

$\chi\alpha$ Benjamin Crisanto
Your Signature

---